# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2021

162278

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SAMER BAHNAM,
   Plaintiff-Appellee,

and

AMERICAN ANESTHESIA ASSOCIATES,
LLC, SPINE SPECIALISTS OF MICHIGAN,
PC, and ADVANCED SURGERY CENTER,
LLC,
   Intervening Plaintiffs,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
   Defendant-Appellant,

and

LISA LYNN GROSS,
   Defendant.

SC: 162278
COA: 347638
Macomb CC: 2017-003983-NI

_____/

On order of the Court, the application for leave to appeal the October 15, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021



Clerk

p0726